**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* Chapter **9**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Garden County Hospital and Nursing Home** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Garden County Health Services**<br>**FKA Regional West Garden County** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-0526224** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1100 W 2nd St**<br>**Oshkosh, NE 69154**<br>Number, Street, City, State & ZIP Code<br>**Garden**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>■ Other. Specify: **Political Subdivsion Unit** |

Debtor **Garden County Hospital and Nursing Home** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ■ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Garden County Hospital and Nursing Home** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Garden County Hospital and Nursing Home** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2026**
MM / DD / YYYY

***X*** **/s/ Samuel Pennington**
Signature of authorized representative of debtor

**Samuel Pennington**
Printed name

Title **CEO**

**18. Signature of attorney**

***X*** **/s/ Patrick R. Turner**
Signature of attorney for debtor

Date **August 18, 2026**
MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**9375 Burt Street**
**#200**
**Omaha, NE 68114**
Number, Street, City, State & ZIP Code

Contact phone **402-690-3675** Email address **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

8/18/26 7:28PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Garden County Hospital and Nursing Home |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BYTES COMPUTER & NETWORK<br>1620 BROADWAY<br>SUITE D<br>SCOTTSBLUFF, NE 69361 | | | | | | $34,912.61 |
| CANON MEDICAL SYSTEMS USA INC<br>PO BOX 7476<br>CAROL STREAM, IL 60197-7476 | | | | | | $36,307.26 |
| EIDE BAILLY LLP<br>PO BOX 88678<br>MILWAUKEE, WI 53288-8678 | | | | | | $17,872.87 |
| FUSION MEDICAL STAFFING LLC<br>PO BOX 30131<br>OMAHA, NE 68103-1231 | | | | | | $46,899.16 |
| KEY WEST CONSULTING<br>680 SOUTH CACHE ST<br>SUITE 101-10219<br>JACKSON, WY 83001 | | | | | | $21,905.80 |
| MEDLINE INDUSTRIES LP<br>DEPT CH 14400<br>PALATINE, IL 60055-4400 | | | | | | $5,055.87 |
| NEBRASKA PUBLIC POWER DISTRICT<br>PO BOX 2860<br>OMAHA, NE 68103-2860 | | | | | | $6,508.44 |

8/18/26 7:28PM

Debtor **Garden County Hospital and Nursing Home**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NEXTGEN HEALTHCARE PO BOX 511449 LOS ANGELES, CA 90051** | | | | | | **$47,085.78** |
| **PRIME TIME HEALTHCARE LLC C/O AMERICAN NATIONAL BANK PO BOX 3544 OMAHA, NE 68103** | | | | | | **$30,707.60** |
| **QUADRAMED CORPORATION PO BOX 74008556 CHICAGO, IL 60674-8556** | | | | | | **$5,957.80** |
| **RASMUSSEN MECHANICAL SERVICE 3211 NEBRASKA AVE COUNCIL BLUFFS, IA 51501** | | | | | | **$13,197.00** |
| **Regional West Garden County 4021 Avenue B Scottsbluff, NE 69361** | | | | | | **$602,493.33** |
| **REGIONAL WEST MEDICAL CENTER PO BOX 1437 SCOTTSBLUFF, NE 69363-1437** | | | | | | **$56,096.98** |
| **ROCHE DIAGNOSTIC CORPORATION PO BOX 660367 MAIL CODE 5021 DALLAS, TX 75266-0367** | | | | | | **$5,185.63** |
| **RUDZINA HEALTH LLC 3618 W 99 STREET OVERLAND PARK, KS 66206** | | | | | | **$6,000.00** |
| **STAT STAFFING LLC 102 WEST AVE D PO BOX 45 OSHKOSH, NE 69154** | | | | | | **$10,000.00** |

Debtor **Garden County Hospital and Nursing Home**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **STRYKER 21343 NETWORK PLACE CHICAGO, IL 60673-1213** | | | | | | **$10,633.81** |
| **TRUBRIDGE PO BOX 11407 BIRMINGHAM, AL 35246-6448** | | | | | | **$297,902.37** |
| **US FOODSERVICE INC PO BOX 209597 DALLAS, TX 75320-9597** | | | | | | **$6,488.90** |
| **USI INSUANCE SERVICES LLC PO BOX 62817 VIRGINIA BEACH, VA 23466** | | | | | | **$12,451.00** |

# United States Bankruptcy Court
## District of Nebraska

In re **Garden County Hospital and Nursing Home** Debtor(s)

Case No.
Chapter **9**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the Political Subdivsion Unit named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2026**

**/s/ Samuel Pennington**
**Samuel Pennington**/**CEO**
Signer/Title

6 DEGREES HEALTH
PO BOX 33061
AMARILLO, TX 79120

90 Degree Benefits
11467 Huebner Road
Suite 300
San Antonio, TX 78230

AA MIDWEST LLC
DBA ALLSHIFTS
PO BOX 952038
CLEVELAND, OH 44193

Aaron Gebbie
17535 Rd 58
Oshkosh, NE 69154

AARP SUPPLEMENT REFUND
UNITED HEALTH CARE INS CO
PO BOX 101760
ATLANTA, GA 30392-1760

Abbey Reeves
62041 Cedar Hill Ln
Ashby, CT 69333

Abbie Johnson
404 W 5th St
Oshkosh, NE 69154

ACCELERATED RECEIVABLES
2223 BROADWAY
PO BOX 70
SCOTTSBLUFF, NE 69361

Adam's Specialty Products LLC
7260 Commerce Plaza Dr
Neenah, WI 54956

AETNA
PO BOX 14079
LEXINGTON, KY 40512

AETNA, INC.
PO BOX 784836
PHILADELPHIA, PA 19178-4836

Aleece Calarco Wagner
10944 Road 72
Broadwater, GA 69125

Alexis Noriega
105 W Ave I
oshkosh, NE 69154

Aline Burton
PO Box 378
Oshkosh, NE 69154

Amanda Kahrs
8595 Road 181
Oshkosh, VA 69154

Amanda Potts
103 W Avenue I
Oshkosh, NE 69154

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124-5184

Amber Dickinson
1007 W 9th St
Ogallala, NE 69153

AMBETTER
PO BOX 5010
FARMINGTON, MO 63640-5010

American Standard Inc
The Trane Co
5720 South 77th St
Omaha, NE 68127

Angel Coffman
1322 Palomino Pl
Sidney, NE 69162

Anna Dobrinski
2701 5th Avenue
Scottsbluff, NE 69361

Antonio Balandran
1533 14th Ave
Sidney, PA 69162

April Winters
811 W 1st St
Oshkosh, TX 69154

ARDIS SMITH C/O BEBRA KOLSTE
4105 PARKVIEW DR
JANESVILLE, WI 53546

ARTILLERY MEDIA
4729 PRESCOTT AVE
LINCOLN, NE 68506

Ashleigh McCarthy
15350 Road 100
Lisco, MN 69148

AUDIT MICROCONTROLS INC
PO BOX 3369
EATONTON, GA 31024

Baird Holm

BAYER HEALTHCARE LLC
PO BOX 24538
NEW YORK, NY 10087-4538

Bayer HeatlhCare LLC
1 Bayer Drive
Indianola, PA 15051

BC/BS
PO BOX 3248
OMAHA, NE 68180

BCBS OF NEBRASKA
PO BOX 30115
SALT LAKE CITY, UT 84130-0115

Bio Electrics
3255 Salt Creek Circle Suite 200
Lincoln, NE 68504

BLACK HILLS ENERGY
PO BOX 7966
CAROL STREAM, IL 60197-7966

Blakes Automotive

Blue Cross Bule Shield
PO Box 3248
Omaha, NE 68180

BOUND TREE
23537 NETWORK PLACE
CHICAGO, IL 60673-1235

Brenda Thompson
PO Box 231
Oshkosh, WI 69154

Brittany Krauter
111 W 4th St
Oshkosh, NE 69154

BROWN'S MEDICAL IMAGING LLC.
PO BOX 737374
CHICAGO, IL 60673

Browns Medical Imaging

Bruce Juelfs
PO Box 41
Potter, NE 69156

BYTES COMPUTER NETWORK
1620 BROADWAY
SUITE D
SCOTTSBLUFF, NE 69361

Bytes Managed IT
1620 Broadway Suite D
Scottsbluff, NE 69361

Canon Medical Systems

CANON MEDICAL SYSTEMS USA INC
PO BOX 7476
CAROL STREAM, IL 60197-7476

CAPITAL RECOVERY CORP
PO BOX 4100
CANTON, GA 30114

Casey Sharp
606 K St
Bridgeport, NE 69336

CASH-WA DISTRIBUTING
PO BOX 309
KEARNEY, NE 68848-0309

Cassie Milanuk
800 Fairview Dr
Oshkosh, IL 69154

Central Wyoming Counseling Center

CHAMPVA PROGRAM
PO BOX 469063
ATTN: CLAIMS
DENVER, CO 80246-9063

CHARLES LEFFERTS
127 MANOR RD
SIDNEY, NE 69162

Charles Lefferts
127 Manor Rd
Sidney, OR 69162

Childrens Hospital Colorado
13123 E 16th Ave
Aurora, CO 80045

Chris Pile
308 West 33rd street unit 5
Scottsbluff, NE 69361

CITY OF OSHKOSH
PO BOX 166
OSHKOSH, NE 69155

Clara Price Inc
PO Box 736115
Dallas, TX 75373

CO-DOC TELEMEDICINE
10101 RIDGEGATE PARKWAY
C/0 SKY RIDGE MEDICAL CENTER
LONE TREE, CO 80124

College of Saint Mary
7000 Mercy Road
Plattsmouth, NE 68048

Compass Management LLC
1447 Hamilton Dr
Greenwood, IN 46143

CONTROL MASTERS INC
13326 C STREET
OMAHA, NE 68144

COPIC INSURANCE
PO BOX 17025
DENVER, CO 80217-7025

CRAIG NOE PHARM. D RP
1110 MEADOWLARK DRIVE
SCOTTSBLUFF, NE 69361

Credit Management Services
Attn General Counsel
105 N Wheeler Ave
Grand Island, NE 68801

Cristee McColloch
213 W Avenue D
Oshkosh, NE 69154

Crystal Leach
POB 265
Lewellen, NE 69147

CULLIGAN WATER CONDITIONING
120 EAST J STREET
PO BOX 517
OGALLALA, NE 69153

CVS Accountable Care Holdings, LLC
Attn: Privacy Office
One CVS Drive
Woonsocket, RI 02895

CyncHealth-Nebraska Health Information
11412 Centennial Road
Suite 800
La Vista, NE 68128

DALE JENKINS FOR BEULAH SHIEDS
PO BOX 21
OSHKOSH, NE 69154

David Rubsam
307 W 3rd St
Oshkosh, TN 69154

DeeAnn Coss
PO Box 83
Oshkosh, IL 69154

Derek Farmer
22470 CR 32
Julesburg, NE 80737

DEUEL CO SHERIFF
718 3RD ST
CHAPPELL, NE 69129

DEVON ERPELDING
500 OLD COLONY RD
CLARKS SUMMITT, PA 18411

DHHS
301 Centennial Mall South
Lincoln, NE 68508

Diagnostic Radiology PC
14301 FNB Parkway Suite 100
Omaha, NE 68154

DIAGNOSTIC RADIOLOGY, PC
14301 FNB PARDWAY #100
OMAHA, NE 68154

Docs Who Care PA
800 W Frontier Ln
Olathe, KS 66061

DOCU-SHRED
PO BOX 561
GERING, NE 69341

DocuShred LLC
PO Box 561
Gering, NE 69341

Dominique McWilliams
304 W Avenue B
Oshkosh, TX 69154

Duane Kirch
82 PO Box
Lewellen, NE 69147

Dustin Sullivan
3874 Road 173
Oshkosh, CA 69154

E Solutions Inc
401 West Frontier Lane Suite 101
KS 66000

Eakes Inc
520 North Vine
North Platte, NE 69101

EDNA HARTMAN
206 W AVE B
OSHKOSH, NE 69154

EIDE BAILLY LLP
PO BOX 88678
MILWAUKEE, WI 53288-8678

Eide Bailly LLP
18081 Burt St Ste 200
Elkhorn, NE 68022

Elizabeth Fricke
17925 Highway 30
Chappell, PA 69129

Elizabeth Kupper
1012 W 1st St
Oshkosh, CO 69154

Erik Beyer
2027 Maple St
Sidney, NE 69162

Ethan Plog
3017 Big Horn Ave
Alliance, NE 69301

Eustolia Yanez
107 E Avenue F
OSHKOSH, IL 69154

First Insurance Group
14010 FNB Parkway Suite 300
Omaha, NE 68154

FISHER HEALTHCARE
13551 COLLECTIONS CTR DR
ACCT# 450736-001
CHICAGO, IL 60693

Fusion Medical Staffing
18881 W Dodge Rd Ste 300E
Elkhorn, NE 68022

FUSION MEDICAL STAFFING LLC
PO BOX 30131
OMAHA, NE 68103-1231

Garden County Attorney
611 Main St
Oshkosh, NE 69154

GARDEN COUNTY CHAMBER OF
PO BOX 256
OSHKOSH, NE 69154

GARDEN COUNTY NEWS
204 MAIN STREET
PO BOX 290
OSHKOSH, NE 69154

Garden County Schools
PO Box 230
Oshkosh, NE 69154

GARDEN COUNTY SHERIFF'S DEPAR
611 MAIN STREET
OSHKOSH, NE 69154

Garden County Treasurer
611 Main St
Oshkosh, NE 69154

GARY'S ALLIANCE INC
1755 P. STREET
GERING, NE 69341-2644

GCHS FOUNDATION
1100 WEST 2ND ST
OSHKOSH, NE 69154

GE HEALTHCARE
PO BOX 640200
PITTSBURGH, PA 15264-0200

Gordon Fisher
104 W 2nd St
Oshkosh, NE 69154

Graig Noe
1110 Meadowlark Drive
Scottsbluff, NE 69361

GRAINGER
PO BOX 419267
DEPT 844874180
KANSAS CITY, MO 64141-6267

Great Plains Regional Med Center
601 W Leota Street
69101

HARRIS SALES COMPANY
PO BOX 698
416 W 3RD STREET
ALLIANCE, NE 69301

Harris Sales Company Inc
PO Box 698
Alliance, NE 69301

HCA-HealthONE LLC
10101 Ridge Gate Pkwy
Lone Tree, CO 80124

HEALTHY BLUE
PO BOX 61010
VIRGINIA BEACH, VA 23466-1010

HEALTHY BLUE
PO BOX 61010
ATTN RECOVERY DEPT
VIRGINA BEACH, VA 26466-1010

HEARTLAND HEALTH ALLIANCE
42509 WHEATRIDGE DR
CAMBRIDGE, NE 69022

Heartland Health Alliance
42509 Wheat Ridge Dr
Cambridge, NE 69022

Heidi Schutte
1025 Nebraska Road 187
Julesburg, MA 80737

Holecheck Funeral Homes
212 West Ave D
Oshkosh, NE 69154

Holly Dobrinski
PO Box 762
Bridgeport, NE 69336

Holly Dobrinski
110 O Street
Bridgeport, NE 69336

HOLLY DOUGLASS-KENNEDY
42109 HWY 91
DUNNING, NE 68833

Holly Weaver
202 E Avenue H
Oshkosh, NE 69154

HOMETOWN LEASING
2015 N BROADWELL AVE
GRAND ISLAND, NE 68198-8146

Hospital Equipment Rental Co
21900 East 96th St
Broken Arrow, OK 74014

ICE SYSTEMS, LLC
1800 FOXRIDGE DRIVE
KANSAS CITY, KS 66106

ICU Medical Sales
951 Calle Amancecer
San Clemente, CA 92673

ICU MEDICAL SALES INC
PO BOX 848908
LOS ANGELES, CA 90084-8908

Ideal Laundry   Cleaners Inc
506 S Beltline
69631

IDEAL LINEN   UNIFORM
506 S BELTLINE HWY E
SCOTTSBLUFF, NE 69361

Interlerad Medical Systems Inc
800 Blvd De Maisonneuve E
Montreal (Quebec) H2L 4L8

Internal Revenue Service
Centerlized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Jaime Barnhart
20506 Highway 92
Lewellen, WA 69147

Jamie Dikeman
213 West 3rd Street
Ogallala, CO 69153

Jason Teters
2645 El Rancho Rd
Sidney, WI 69162

Jeana Meeks
210 Bucktail Rd
Sutherland, NE 69165

JEFF JOHNSTON
5613 COTTONTAIL DR
LONGMONT, CO 80503

Jeffrey Johnston
5613 Cottontail Dr
Longmont, MO 80503

Jenna Ross
20311 Road 60A
Lewellen, IL 69147

Jenna Schwartz
200 W 2nd St
Oshkosh, SD 69154

JK Trainer Inc

JOE SCHUMACHER
535 H STREET
GERING, NE 69341

Jolene Lobner
286 PO Box
Lewellen, NE 69147

Joselin Marquez
114 W 2nd St
Oshkosh, NE 69154

Judith Hillis
5870 Road 177
Oshkosh, NE 69154

Kacey Toepfer
P.O. Box 152
Lewellen, NE 69147

Kamry Kramer
P.O. Box 614
Oshkosh, CA 69154

KAREN BRANNON
PO BOX 346
LAPINE, OR 97739

KAREN DAVIS
PO BOX 142
LISCO, NE 69148

Karlea Eckert
9902 US Highway 385
Bridgeport, NE 69336

Karma Peterson
7040 Road 187
Oshkosh, TX 69154

KarNel Schwartz
PO BOX 211
OSHKOSH, IL 69154

Kayleen Sullivan
411 W 6th St
OSHKOSH, TX 69154

Kelli Iverson
603 S Vine St
North Platte, NE 69101

Kevan Geiger
P.O. Box 53
Brule, NE 69127

KEY WEST CONSULTING
680 SOUTH CACHE ST
SUITE 101-10219
JACKSON, WY 83001

Key West Consulting LLC c/o David Cornet
618 Valley View Dr
Scottsbluff, NE 69361

Kristin Loomis
407 W Avenue A
Oshkosh, WY 69154

Kristina Vargas
105 W Avenue I
Oshkosh, TX 69154

Kyle Brown
1405 Cedar St
Sidney, WI 69162

Kyle Brown PA

Kyra Krajewski
209 W Avenue D
Oshkosh, KS 69154

Landauer Inc
2 Science Rd
Glenwood, IL 60425

Laurie Canning
35 Highway 92 W
Lemoyne, NY 69146

Lions Eye Bank of Nebraska Inc
3925 Dewey Ave
Omaha, NE 68105

Lori Armstrong
7605 State Hwy 27
Gordon, NE 69343

Lyris Gunderson White
300 W 1st St Apt 4
OSHKOSH, WI 69154

Madison Dekoning
P.O. box 42
Oshkosh, IL 69154

Magnet Solutions Inc
2223 Broadway
Scottsbluff, NE 69361

Marie Johnson
6050 Road 171
Oshkosh, PA 69154

Mark Noel
P.O. Box 53
Oshkosh, TX 69154

MARTHA HAMILTON
404 W 6TH ST
OSHKOSH, NE 69154

MARY KAY ROBINSON BOONE
17980 RD 58
OSHKOSH, NE 69154

Mary Wolfe
115 Stout St
Lewellen, NE 69147

Matrix Care Inc
1550 American Blvd East Ninth Floor
Minneapolis, MN 55425

MATRIXCARE
PO BOX 1414
BIN #32
MINNEAPOLIS, MN 55480

MCKENZIE ENGELHAUPT
15395 HWY 26
LISCO, NE 69148

McKenzie Engelhaupt
15398 Highway 26
Lisco, CO 69148

MCKESSON MEDICAL SURGICAL INC
PO BOX 660266
DALLAS, TX 75266-0266

McKesson Plasma and Biologics
6555 N State Hwy 161
Building A 3rd Floor
Irving, TX 75039

Medefis Inc
2121 N 117th Ave Ste 200
Omaha, NE 68164

MEDI-WASTE DISPOSAL LLC
4201 LOWELL CIRCLE
LINCOLN, NE 68502

Medicopy
Tucker Bair Privacy Officer
1000 Madison Ave Suite 100
Norristown, PA 19403

Mediwaste Disposal LLC
4201 Lowell Circle
Lincoln, NE 68502

Medlin Industires LP
DEPT CH 14400
Palatine, IL 60055

MEDLINE INDUSTRIES LP
DEPT CH 14400
PALATINE, IL 60055-4400

Melanie Adame
105 W Avenue I
Oshkosh, NE 69154

Michael Downey
235 Kearney St
Kimball, NE 69145

Michael Hawley
2027 13th Street
Mitchell, NE 69357

Michele Davis
15146 Road 96
Lisco, NE 69148

Midlands Choice

Misty Ross
8011 Rd 143
Lisco, NE 69148

Moes Heating AC
PO Box 410
Oshkosh, NE 69154

MOLINA HEALTHCARE OF NEBRASKA
PO BOX 604234
CHARLOTTE, NC 28260

MORRILL COUNTY COMM HOSPITAL
1313 S Street
BRIDGEPORT, NE 69336

Morrill County Community Hospital
1313 S Street
PO Box 579
Bridgeport, NE 69336

MSDS Online dba Velocity EHS
27185 Network Place
Chicago, IL 60673

MUTUAL OF OMAHA
PO BOX 33061
C/O Asset Protection Dept
AMARILLO, TX 79120

Natalie Coss
6250 rd. 179
Oshkosh, IL 69154

National Pharmaceutical Returns
4164 NW Urbandale Dr
Urbandale, IA 50322

Navitas Lease Corp
RLC Funding
PO Box 935204
Atlanta, GA 31193

Nebraska Attorney General
attn: Bankruptcy
2115 State Capital Building
Lincoln, NE 68509-8920

Nebraska Credentials Verification Org

Nebraska Department of Revenue
Attn: Bankruptcy Unit/ Neb State Office
PO Box 94818
Lincoln, NE 68509

Nebraska Hospital Association
3255 Salt Creek Cir Suite 100
Lincoln, NE 68504

Nebraska Medicine
988485 NMC
Omaha, NE 68198

NEBRASKA PUBLIC POWER DISTRICT
PO BOX 2860
OMAHA, NE 68103-2860

Nebraska Safety and Fire Equipment Inc
PO Box 1229
North Platte, NE 69103

Nebraska Total Care Inc

NEBRASKA UC FUND
PO BOX 94600
LINCOLN, NE 68509-4600

Nebraska.gov
1135 M Street Suite 220
Lincoln, NE 68508

NEXTGEN HEALTHCARE
PO BOX 511449
LOS ANGELES, CA 90051

Nicole Hillis
117 W 4th St
Oshkosh, NE 69154

Nicole Loomis
409 W 6th St
Oshkosh, NE 69154

NIPPON SANSO MATHESON INC
PO BOX 123028
DEPT 3028
DALLAS, TX 75312-3028

NOVA BIOMEDICAL
PO BOX 983115
BOSTON, MA 02298-3115

Nova Biomedical
200 Prospect St
Waltham, MA 02454

Ogallala Lincare

Orth Water Solutions/Culligant Water
PO Box 517
Ogallala, NE 69153

OSHKOSH ACE HARDWARE APPLIAN
400 WEST AVE A
PO BOX 61
OSHKOSH, NE 69154

OSHKOSH SUPERETTE
101 EAST AVE A
PO BOX 438
OSHKOSH, NE 69154

Oshkosh Toolhouse Inc
400 W Ave
PO Box 61
Oshkosh, NE 69154

Outcomes Operating Inc
5900 Lake Ellendor Dr Ste 600
Orlando, FL 32809

PAYMENT RESOLUTION SERVICES
PO BOX 415000
NASHVILLE, TN 37241

Payton Fornander
106 E Ave I
Oshkosh, NE 69154

Pentax Medical Co
3 Paragon Dr
Montvale, NJ 07645

Pepsi-Cola of West Neb
1639 Holstein Dr
Alliance, NE 69301

PETERSEN DRUG
302 MAIN STREET
CHADRON, NE 69337-2395

Peterson Drug and Home Care
104 E 6th St
Alliance, NE 69301

Peterson Welding LLC
7040 Road 187
Oshkosh, NE 69154

Pharmacy One Source
525 Junction Rd Suite 5000
Madison, WI 53717

Phillips Medical Capital
PO Box 92449
Cleveland, OH 44193

Pipe Works Plumbing LLC
PO Box 395
Gering, NE 69341

PITNEY BOWES LEASE
27 WATERVIEW DRIVE
SHELTON, CT 06484

Plainsmen Electric LLC
20506 Hwy 92
Lewellen, NE 69147

PREMERE REHAB LLC
8100 SW NYBERG ST
STE 200
TUALATIN, OR 97062-8375

Premere Rehab LLC
8100 SW Nybert Suite 200
Tualatin, OR 97062

PREMIER BIOTECH LLC
PO BOX 713238
ATTN JOAN PITTMAN
CHICAGO, IL 60677-1238

Premier Biotech LLC
723 Kasota Ave SE
Chicago, IL 60677

Prime Time Health Care
15380 Weir St
Omaha, NE 68137

PRIME TIME HEALTHCARE LLC
C/O AMERICAN NATIONAL BANK
PO BOX 3544
OMAHA, NE 68103

Priority Inc
PO Box 1051
Spearfish, SD 57783

Pritikin ICR
7733 Forsyth Blvd Floor 23
Saint Louis, MO 63105

PRS
PO BOX 415000
ATTN: MSC 410836
NASHVILLE, TN 37241-0836

PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026

PYE BARKER
1530 SAMCO ROAD
RAPID CITY, SD 57702

QUADRAMED CORPORATION
PO BOX 74008556
CHICAGO, IL 60674-8556

QuidelOrth Sales Company LLC

QUIDELORTHO SALES COMPANY LLC
9975 SUMMERS RIDGE ROAD
SAN DIEGO, CA 92121

Rasha Riad
5719 Continental Pl
Cheyenne, OR 82001

RASMUSSEN MECHANICAL SERVICE
3211 NEBRASKA AVE
COUNCIL BLUFFS, IA 51501

Rasmussen Mechanical Services Inc
2425 E 4th St
Sioux City, IA 51101

RCCN
Attn Joleen Huneke
995 E Hwy 33 Suite 2
Crete, NE 68333

Regional West Garden County
4021 Avenue B
Scottsbluff, NE 69361

REGIONAL WEST MEDICAL CENTER
PO BOX 1437
SCOTTSBLUFF, NE 69363-1437

Regional West Medical Center
4021 Ave B
Scottsbluff, NE 69361

Republic First National Corp
2525 West State Road 114
Rochester, IN 46975

RHRC Inc

Rick Korf
52111 County Rd E
YUMA, NE 80759

Ridglyn Stanczyk
103 Crescent Ln
Oshkosh, NE 69154

RINGRX LLC
PO BOX 3142
SANTA BARBARA, CA 93130

Roche Diagnostic Corp
PO Box 660367
Dallas, TX 75266

ROCHE DIAGNOSTIC CORPORATION
PO BOX 660367
MAIL CODE 5021
DALLAS, TX 75266-0367

Roy Gunderson III and Roy Gunderson II
116 West 1st St
Madrid, NE 69150

Rudinza Health LLC
3618 W 99 STREET
Leawood, KS 66206

RUDZINA HEALTH LLC
3618 W 99 STREET
OVERLAND PARK, KS 66206

Samantha Kelley
304 w. Avenue B
Oshkosh, NE 69154

Samuel Pennington
1230 P St
Gering, NE 69341

Sandy Dailey
208 W Avenue J
OSHKOSH, IL 69154

SARA COVER
18141 RD 58
OSHKOSH, NE 69154

Sara Quinn
6023 Road 179
Oshkosh, NE 69154

Sarah Gallinger
582 3rd St # Pobox
CHAPPELL, NE 69129

Seim Johnson

SERENITY AQUARIUM AND AVIARY
7260 COMMERCE PLAZA DRIVE
NEEHAH, WI 54956

Shandra Cooper
17583 Rd 58
Oshkosh, NE 69154

Shania Neal
107W 3rd st
Oshkosh, NE 69154

Shannon Fornander
106 E Avenue I
Oshkosh, NE 69154

SHARED MEDICAL SERVICES INC
209 LIMESTONE PASS
COTTAGE GROVE, WI 53527

Sharleen Sullivan
17535 Road 58
Oshkosh, KS 69154

SIDNEY REGIONAL MEDICAL CENTER
1000 POLE CREEK CROSSING
SIDNEY, NE 69162

Siegefred Pue
618 East 13th Street
Bridgeport, TN 69336

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS, TX 75312-1102

Siemens Healthcare Diagnosticx
511 Benedict Ave
Tarrytown, NY 10591

SIMPLY CLEAN
2180 SENTINEL CIR
GERING, NE 69341

Slavic401K
1075 Broken Sound Parkway NW Suite 100
Boca Raton, FL 33487

STAPLES
PO BOX 660409
DALLAS, TX 75266-0409

Starla Snider
P. O. Box 148
OSHKOSH, IA 69154

STAT STAFFING LLC
102 WEST AVE D
PO BOX 45
OSHKOSH, NE 69154

Stephanie Perkins
635 3rd Ave
Bayard, NE 69334

Stroudwater Associates

STRYKER
21343 NETWORK PLACE
CHICAGO, IL 60673-1213

Sysmex America Inc
577 Aptakisic Road
Lincolnshire, IL 60069

Tamara Koubek
801 E 3rd St
Oshkosh, NE 69154

Tammy Harris
5898 rd 173
Oshkosh, IL 69145

THE NEBRASKA MEDICAL CENTER
988145 NEBRASKA MED CTR
OMAHA, NE 68198-8145

The Pitney Bowes Bank, Inc
PO Box 571677
Salt Lake City, UT 84157

Thermo Fisher Scientific
300 Industiry Drive
Pittsburgh, PA 15275

Thomas Modena
1640 Bonanza St
GERING, NE 69341

Tina Dicken
1003 W Ave L
Oshkosh, NE 69154

Tina Hunt
P.O. Box 204
Oshkosh, NE 69154

Tina Sullivan
Po box 201
Oshkosh, NE 69154

TRAVELERS FINANCIAL SERVICES
PO BOX 4614
ATTN FINANCIAL SERVICES
BUFFALO, NY 14240

TRIWEST TRICE WEST RGION
PO BOX 202162
ATTN: FINANCE CHECKS
FLORENCE, SC 29502

TRUBRIDGE
PO BOX 11407
BIRMINGHAM, AL 35246-6448

TruBridge
Legal Department
54 Saint Emanuel St
Mobile, AL 36602

Trusted Water LLC
7895 Blackwood Drive
Windsor, CO 80550

UHC INS COMPANY
PO BOX 101760
ALTANTA, GA 30392-1760

UHC MEDICAID REFUND
PO BOX 101760
ATLANTA, GA 30392-1760

Ulta Imaging Inc
1440 VOORHEES RANCH WAY
Castle Rock, CO 80109

ULTRA IMAGING LLC
605 RISING STAR ROAD
BROOKS, GA 30205

UMR
PO BOX 30515
SALT LAKE CITY, UT 84130-0515

UNITED HEALTHCARE
PO BOX 31362
SALT LAKE CITY, UT 84130

UNITED HEARTLAND
PO BOX 40790
LANSING, MI 48901

UNMC
Senior Vice Chancellor
987810 Neb Med Center
Omaha, NE 68198

US FOODSERVICE INC
PO BOX 209597
DALLAS, TX 75320-9597

USI INSUANCE SERVICES LLC
PO BOX 62817
VIRGINIA BEACH, VA 23466

VALLEY TIRE AND SERVICE
PO BOX 195
OSHKOSH, NE 69154

VAXSERVE
12566 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

W.P.C.I
1124 BROADWAY SUITE A
PO BOX 1936
SCOTTSBLUFF, NE 69363-1936

Western Nebraska Community College

Western Pathology Consultants
PO Box 1886
Scottsbluff, NE 69363

WILLIAM VOGLER
1429 MANSFIELD RD
GRAND ISLAND, NE 68803

WINDBREAK CABLE
1140 TENTH ST
GERING, NE 69341

Windbreak Cable
1140 10th St
Gering, NE 69341

WPS TRICARE
PO BOX 7928
MADISON, WI 53707

Zharyl Younglund
PO Box 946
Saratoga, NE 82331

Zoll Medical Corp
259 Mill Road
Chelmsford, MA 01824

# GARDEN COUNTY HOSPITAL AND NURSING HOME
# BOARD OF TRUSTEES
# MOTION AND RESOLUTION AUTHORIZING THE FILING OF A CHAPTER 9 BANKRUPTCY PETITION

Meeting Date: August ~~10~~ 17, 2026 MM Resolution 26-2

## RECITALS

**WHEREAS**, Garden County Hospital and Nursing Home (the "Hospital") is a county hospital and nursing home organized and operated under the laws of the State of Nebraska; and

**WHEREAS**, the Hospital is a separate and independent political subdivision of the State of Nebraska, distinct from Garden County, as recognized by the Nebraska Supreme Court in Brothers v. Kimball Cnty. Hosp., 289 Neb. 879 (2015); and

**WHEREAS**, pursuant to Neb. Rev. Stat. § 23-3504, the Board of Trustees of the Hospital is granted broad powers and duties for the management, control, and governance of the Hospital, including all other powers and duties necessary for such management, control, and governance; and

**WHEREAS**, pursuant to Neb. Rev. Stat. § 13-402(1), the Hospital, as a political subdivision of the State of Nebraska, is permitted, authorized, and given the power to file a petition in the United States Bankruptcy Court under Chapter 9 of Title 11 of the United States Code, and any acts amendatory thereto and supplementary thereof, and to incur and pay the expenses incident to the consummation of a plan of adjustment of debts as contemplated by such petition; and

**WHEREAS**, the authority to manage, administer, and act on behalf of the Hospital, including the authority to determine whether and when to seek relief under federal bankruptcy law, is vested solely in this Board of Trustees, and such authority is not subject to county commissioner approval as are certain other actions of the Hospital's Board of Trustee; and

**WHEREAS**, the Board of Trustees has considered the financial condition of the Hospital, has reviewed the options available to address the Hospital's financial circumstances, and has determined that it is in the best interests of the Hospital, its patients, its employees, and the public health, safety, and welfare of Garden County for the Hospital to seek relief under Chapter 9 of the United States Bankruptcy Code; and

**WHEREAS**, the Board of Trustees desires to authorize the Chief Executive Officer of the Hospital to execute and file, on behalf of the Hospital, a voluntary petition for relief under Chapter 9 of the United States Bankruptcy Code, and to take all actions necessary or appropriate in connection therewith;

**NOW, THEREFORE, BE IT RESOLVED AND MOVED**:

1. **Authorization to File**. The Board of Trustees of Garden County Hospital and Nursing Home hereby approves and authorizes the filing of a voluntary petition for relief on behalf of the Hospital under Chapter 9 of Title 11 of the United States Code in the United States Bankruptcy Court, pursuant to and in accordance with Neb. Rev. Stat. § 13-402.

2. **Designation of Authorized Officer**. The Chief Executive Officer of the Hospital is hereby designated and authorized, on behalf of the Board of Trustees and the Hospital, to execute, verify, and file the Chapter 9 petition and all schedules, statements, lists, and other documents required in connection therewith, and to take any and all further actions, and to execute any and all further documents, that the Chief Executive Officer deems necessary, desirable, or appropriate to carry out the intent and purposes of this motion, including without limitation retaining bankruptcy counsel and other professionals, negotiating and proposing a plan of adjustment of debts, and appearing on behalf of the Hospital in the Chapter 9 case.

3. **Sole Authority of the Board**. The Board of Trustees affirms that the authority to approve, authorize, and direct the filing of the Chapter 9 petition on behalf of the Hospital is vested solely in the Board of Trustees, consistent with Neb. Rev. Stat. § 23-3504, and that this motion constitutes the exercise of that sole authority.

4. **Ratification**. All actions previously taken by the Chief Executive Officer, Hospital administration, or counsel to the Hospital in preparation for the filing authorized by this motion are hereby ratified, confirmed, and approved.

5. **Effective Date**. This motion and resolution shall take effect immediately upon its adoption by the Board of Trustees.

## CERTIFICATION

The undersigned certifies that the foregoing motion was duly moved, seconded, and adopted by the Board of Trustees of Garden County Hospital and Nursing Home at a meeting held on August 10, 2026, at which a quorum was present throughout, by the following vote:

Ayes: 5
Nays: 0
Abstentions: 0
Absent: 0

_______________________
[Name], Board Chair
Garden County Hospital and Nursing Home

Attest:

_______________________
[Name], Board Secretary